UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FRANKLIN DEE COPELAND, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:21-CV-43-TAV-DCP |
| PARKER ZAITZ, individually and as Deputy Sheriff for the Sevier County Sheriff's Department; DEPUTY JOHN DOES A - E, Individually and as Deputy Sheriffs for the Sevier County Sheriff's Department; SEVIER COUNTY SHERIFF'S DEPARTMENT; and SEVIER COUNTY, TENNESSEE, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, defendants' motion for summary judgment [Doc. 24] is **GRANTED**, and plaintiff's claims against Deputy John Doe defendants A through E are **DISMISSED** *sua sponte*, **with prejudice**. There being no other issues remaining, this case is hereby **DISMISSED**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE